1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ROBERT HAYDEN NESBITT, Jr.,

10           Petitioner,                    No. CIV S-09-2821 GEB GGH P

11        vs.

12   FRANCISCO JACQUEZ, Warden,

13           Respondent.              ORDER

14   _____/

15           Petitioner, a prisoner proceeding with appointed counsel, with an application

16   under 28 U.S.C. § 2254, has filed a request, in a pro se capacity, for case status.  Petitioner is

17   informed that so long as he is represented by counsel, he is only to communicate with the court

18   through his counsel.  As to status, an order was filed on May 17, 2010, granting an extension of

19   time for petitioner to file an amended petition and, if necessary, a motion to stay by August 11,

20   2010.  No further pro se requests will be considered in this action while petitioner has counsel.

21           In addition to serving counsel electronically, the Clerk of the Court is to directed,

22   on this occasion only, to serve this order by mail upon petitioner at his Pelican Bay State Prison

23   address.  See docket # 25.

24           IT IS SO ORDERED.

25   DATED: June 15, 2010                    /s/ Gregory G. Hollows

26                                           _____
                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

GGH:009/nesb2821.ord