IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HAYDEN NESBITT, Jr.,

    Petitioner,                    No. CIV S-09-2821 GEB GGH P

    vs.

FRANCISCO JACQUEZ, Warden,

    Respondent.                 ORDER

_____/

        On January 28, 2011, the undersigned denied petitioner's motion for discovery, denied petitioner leave to amend his petition to add a claim of ineffective assistance of counsel and set the briefing schedule. On February 8, 2011, petitioner filed a request for reconsideration to the district judge of the two rulings and, on February 22, 2011, petitioner sought a stay of the briefing schedule pending a ruling on the reconsideration request. Petitioner's counsel indicates that the request for a stay is unopposed by respondent's counsel.

        The court will construe the request for a stay as a request to vacate the briefing schedule pending the ruling on the motion for reconsideration.

\\\\\

\\\\\

\\\\\

1

1     Accordingly, IT IS ORDERED that:

2     Petitioner's unopposed request for a stay, filed on February 22, 2011 (docket # 36), construed as a request to vacate the briefing schedule as set forth in the <u>Order</u>, filed on January 28, 2011 (docket # 34), is granted, pending a ruling on the reconsideration request

DATED: February 25, 2010

                                                  /s/ Gregory G. Hollows

                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
nesb2821.ord4