IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HAYDEN NESBITT, Jr.,

    Petitioner,                   No. CIV S-09-2821 GEB GGH P

    vs.

FRANCISCO JACQUEZ, Warden,

    Respondent.               ORDER

                             /

          On February 8, 2011, petitioner filed a request for reconsideration of the magistrate judge's order filed on January 28, 2011, denying petitioner's motion for discovery and denying petitioner leave to amend his petition to add a claim of ineffective assistance of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

          Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 28, 2011, is affirmed.

Dated: March 15, 2011

GARLAND E. BURRELL, JR.
United States District Judge