1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT HAYDEN NESBITT, JR.,

11            Petitioner,              No. CIV S-09-2821 GEB GGH P

12      vs.

13   FRANCISCO JACQUEZ, Warden,

14            Respondent.             <u>ORDER</u>

15   _____/

16            On January 28, 2011, the undersigned set the briefing schedule and denied

17   petitioner's motion for discovery and denied petitioner leave to amend his petition to add a claim

18   of ineffective assistance of counsel.  On February 8, 2011, petitioner filed a request for

19   reconsideration to the district judge of the two rulings; by Order, filed on March 16, 2011, the

20   Jan. 28, 2011, Order was affirmed.  By Order, filed on May 10, 2011,[1] petitioner's motion for the

21   court to certify the March 16, 2011 Order for interlocutory review was denied as well as was

22   "petitioner's motion for a stay pending state court exhaustion of an ineffective assistance of

23   counsel claim," noting that leave to proceed upon such a claim had been previously denied.

24            Nevertheless, petitioner filed a motion stay pending exhaustion of an ineffective

25   _____

26        [1] The Findings and Recommendations, filed on April 6, 2011, were adopted therein.

1

assistance of counsel claim, on May 23, 2011.  Docket # 45.  Although not properly noticed for hearing in the court docket, the motion indicates a July 21, 2011, hearing date.  Id.  Within the motion, petitioner recognizes that the court has denied such a stay but states that the motion is being filed to complete the record, present all arguments and preserve the matter for appeal.  Petitioner avers that there was no motion to stay before the court when the denial was issued and speculates that the denial was based on petitioner's argument in favor of the discovery then sought, which was denied.   However, petitioner recognizes that any request for a stay (implicit or explicit) has been denied.

Respondent has now filed an opposition, presumably to preserve respondent's arguments for the purpose of appeal.  It may be that petitioner will be filing a reply.  In any case, however, this order is issued for the purpose of clarification.

Accordingly, IT IS ORDERED that:

1.  Petitioner's request for a stay pending state court exhaustion of a claim of ineffective assistance of counsel, filed docket # 45, has been previously addressed and adjudicated, see docket entries # 34,  # 39, # 41, and # 43; and

2.  The hearing date for the motion for a stay, purportedly noticed for hearing before the undersigned on July 21, 2011, is hereby VACATED.

DATED: June 15, 2011

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
nesb2821.ord5