STEPHANIE M. ADRAKTAS
(No. 215323)
Attorney at Law
2625 Alcatraz Avenue, #233
Berkeley, CA 94705
Telephone (415) 699-1507
Fax Number (415) 626-5475

Attorney for Petitioner
ROBERT HAYDEN NESBITT, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HAYDEN NESBITT, JR. ) | NO. CIV S-09-02821 GGH P |
| ) | |
| Petitioner, ) | |
| ) | **PROPOSED ORDER GRANTING** |
| v. ) | **PETITIONER'S MOTION TO** |
| ) | **FILE REPLY BRIEF OUT OF** |
| FRANCISCO JACQUEZ, Warden ) | **TIME** |
| ) | |
| ) | HC  (28 U.S.C. § 2254) |
| Respondent . ) | |
| ) | |

For the reasons stated in the foregoing Motion to file Reply Brief Out of Time and based on the information presented in Petitioner's Declaration of Counsel, IT IS ORDERED that the Motion is granted.  Petitioner's Reply Brief filed contemporaneously with his motion is accepted as timely filed.

DATED: July 28, 2011

      /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE